UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, and :
APPRENTICESHIP, JOURNEYMAN RETRAINING, : 22-cv-10632 (LJL)
EDUCATIONAL AND INDUSTRY FUND, :
TRUSTEES OF THE NEW YORK CITY : ORDER
CARPENTERS RELIEF AND CHARITY FUND, and :
the CARPENTER CONTRACTOR ALLIANCE OF :
METROPOLITAN NEW YORK, :
:
                Petitioners, :
:
   -v- :
:
809 SOLUTIONS LLC d/b/a ERECTOR MASTERS, :
:
                Respondent. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On December 16, 2023, Petitioners filed the instant petition ("Petition") seeking confirmation of an arbitration award and a memorandum of law in support of the Petition. Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Since the time for Respondent to respond to the Petition has expired, the Court intends to treat the Petition as unopposed unless Respondent files a memorandum of law in opposition by February 9, 2023. Petitioners are direct to serve a copy of this Order on Respondent.

      SO ORDERED.

Dated: January 26, 2023
       New York, New York
                                            LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/26/2023