**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                      Petitioners,
   -against-                                              22 **CIVIL** 10632 (LJL)

                                                                             **JUDGMENT**

809 SOLUTIONS LLC D/B/A ERECTOR
MASTERS,

                      Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated April 5, 2023, the Petition is GRANTED and the Award is CONFIRMED. Judgment is entered in favor of Petitioners and against Respondent in the amount of $20,049.72 in damages plus interest at a rate of 6.75% from September 20, 2022, through the date of judgment, in the amount of $734.15, and $1,665 in attorneys' fees and costs. In addition, Petitioners are entitled to post-judgment interest on the full amount of the judgment at the rate provided under 28 U.S.C. § 1961(a). See Lewis v. Whelan, 99 F.3d 542, 545 (2d Cir. 1996) ("The award of post-judgment interest is mandatory on awards in civil cases as of the date judgment is entered."); accordingly, the case is closed.

**Dated:**  New York, New York
        April 6, 2023

                                                                        **RUBY J. KRAJICK**

                                                                        _____
                                                                          **Clerk of Court**

                                      **BY:**        *K. Mango*

                                                                          _____
                                                                          **Deputy Clerk**